```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION
```

RALPH SMITH                                                      PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:07CV40TLS-JCS

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS, G.V. SONNY
MONTGOMERY VA MEDICAL CENTER,
AND JOHN DOES 1-25                                               DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and orders entered this date and on January 13, 2009, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 13th day of February, 2009.

                                        /s/ Tom S. Lee
                                        UNITED STATES DISTRICT JUDGE